IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICKEY MOBLEY                                    :

    v.                                         :                    Civil Action No. AMD-07-2327

WARDEN                                            :

...o0o...

## MEMORANDUM

This civil rights action was filed on August 30, 2007, and an amended complaint was filed

on September 14, 2007.  Plaintiff, an inmate at Jessup Correctional Institution (JCI), alleges his

health is endangered by technology implanted in another inmate which is inundating him with

homosexual dreams. Paper No. 1. In the amended complaint plaintiff claims communications

technology was implanted in his leg when a fracture was repaired. Paper No. 2.

Plaintiff has accumulated three or more dismissals of prior prisoner civil rights actions

pursuant to 28 U.S.C. § 1915(e).[*]  The statute precludes a prisoner litigant such as plaintiff from

filing a prisoner civil action *in forma pauperis* unless he can show that he is in "imminent danger

of serious physical injury."  The complaint has been evaluated pursuant to 28 U.S.C. § 1915(g) to

see whether the claim meets the "imminent danger" exception.  Manifestly, the instant complaint

is frivolous and must be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed

R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *cert. denied*, 528 U.S. 1198

(2000); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also  Crowley Cutlery Co. v.*

*United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a

frivolous suit on his own initiative).  An order follows.

Date: October 4, 2007                          __/s/_____
                                               Andre M. Davis
                                               United States District Judge

---

[*]*See Mobley v. The Swan Motel*, Civil Action AMD-97-2963 (D. Md. 1997); *Mobley v. Calhoun*, Civil
Action AMD-97-2964 (D. Md. 1997); and *Mobley v. Governor*, Civil Action AMD-01-1947 (D. Md. 2001).